**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  **KENNETH WAYNE SAMILTON,**              No   C-08-2755 VRW (PR)

12          **Petitioner,**              **ORDER DENYING CERTIFICATE OF**
                                         **APPEALABILITY**
13          **v**

14  **ROBERT A HOREL, Warden,**              (Doc #7)

15          **Respondent.**
                                        _____/
16

17          **Petitioner has filed a notice of appeal and request for a**

18  **certificate of appealability pursuant to 28 USC section 2253(c) and**

19  **Federal Rule of Appellate Procedure 22(b).  Doc #7.**

20          **Petitioner's request for a certificate of appealability**

21  **is DENIED because petitioner has not made "a substantial showing of**

22  **the denial of a constitutional right."  28 USC § 2253(c)(2).  Nor**

23  **has petitioner demonstrated that "reasonable jurists would find the**

24  **district court's assessment of the constitutional claims debatable**

25  **or wrong."  <u>Slack v McDaniel</u>, 529 US 473, 484 (2000).**

26  **//**

27  **//**

28  **//**

**United States District Court**
For the Northern District of California

1       The clerk shall forward to the court of appeals the case

2 file with this order.  See <u>United States v Asrar</u>, 116 F3d 1268,

3 1270 (9th Cir 1997).

4

5

6       IT IS SO ORDERED.

7

8 _____

    VAUGHN R WALKER

9     United States District Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   G:\PRO-SE\VRW\HC.08\Samilton-08-2755-order denying coa.wpd

2